# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN WHITTLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-00229-LJO-SMS<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS (1) FOR EXTENSION OF TIME FOR MANDATORY SCHEDULING CONFERENCE AND (2) TO AMEND COMPLAINT<br><br>(Docs. 18 & 19) |

　　　　On February 24, 2010, the Clerk of Court entered judgment against Plaintiff James Allen Whittle, and closed this case (Doc. 12). Accordingly, this Court **DENIES AS MOOT** Plaintiff's (1) Motion for 30-Day Extension of Time for Mandatory Scheduling Conference (Doc. 18) and (2) Motion to Amend Complaint (Doc. 19).

IT IS SO ORDERED.

**Dated:**　　**April 12, 2010**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE